**STATE of Missouri, Respondent,**

v.

**Joseph L. LOUCKS, Appellant.**

No. WD 73686.

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

William J. Swift, Columbia, MO, for appellant.

---

Tracy L. Carlson, Linneus, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JOSEPH M. ELLIS and ALOK AHUJA, Judges.

## ORDER

PER CURIAM.

Joseph Loucks appeals from his conviction on one count of second-degree child molestation. He contends the evidence was insufficient to support his conviction because there was inconsistent and contradictory testimony about the details and circumstances surrounding the act. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the conviction.

AFFIRMED. Rule 30.25(b).